An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH CHARLES MCKNIGHT,
Appellant,
vs.
THE STATE OF NEVADA; GREG
SMITH; WARM SPRINGS
CORRECTIONAL CENTER; AND
NEVADA DEPARTMENT OF PRISONS,
Respondents.

No. 65081

**FILED**

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] First Judicial District Court, Carson City; James E. Wilson, Judge.

In his May 10, 2012, petition, appellant claimed that the Nevada Department of Corrections had improperly forced him to serve his sentences consecutively when the district court had actually sentenced him to serve concurrent terms. Appellant's claim was without merit. Appellant was convicted of two counts of robbery with the use of a deadly weapon. The district court sentenced appellant to serve identical terms for each robbery count—30 to 84 months plus an equal and consecutive term for the deadly weapon enhancement. The district court also ordered

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14 - 23911

that appellant serve each term concurrently and that appellant also serve this sentence concurrent with the sentence for a separate conviction. The documents submitted by the Nevada Department of Corrections demonstrate that the Department followed the district court's order. Therefore, the district court did not err in denying the petition. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. James E. Wilson, District Judge
Kenneth Charles McKnight
Attorney General/Carson City
Carson City Clerk